DMITRY Y. GUROVICH, SBN 181427
GUROVICH, BERK & ASSOCIATES, APC
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
Telephone: (818) 205-1555
Facsimile: (818) 205-1559
Email: gba_law@yahoo.com

Attorneys for Defendant
Rouslan Akhmerov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  14-CR-00083 KJM |
|---|---|
| Plaintiff, | STIPULATION MODIFYING RELEASE CONDITIONS; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| ROUSLAN AKHMEROV, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Mr. Akhmerov works as a personal driver for companies called "Uber" and "Lyft".  His duties are to pick up and drop off clients that sign up for this service.  He gets paid based on the miles he travels.

2. Currently Mr. Akhmerov is on home detention with the ability to work from 6am to 10pm every day.  Unfortunately, most business happens in late evening to early morning.  At this time, Mr. Akhmerov is not making enough money to support himself.

3. As such, Mr. Akhmerov is respectfully requesting that he be allowed to work from 11am to 3am Monday through Sunday.

IT IS SO STIPULATED.

Dated:  December 19, 2014                BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ MICHAEL D. ANDERSEN
                                         MICHAEL D. ANDERSEN
                                         Assistant United States Attorney

Dated:  December 19, 2014                /s/ DMITRY Y. GUROVICH
                                         DMITRY Y. GUROVICH
                                         Counsel for Defendant
                                         Rouslan Akhmerov

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of December, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE