BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | DATE: March 25, 2016 |
| ROUSLAN AKHMEROV, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 25, 2016.

2. By this stipulation, the parties now move to continue sentencing until March 17, 2017.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, investigating and researching restitution and loss issues.

IT IS SO STIPULATED.

Dated: February 1, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
Assistant United States Attorneys

Dated: February 1, 2016

/s/ DMITRY Y. GUROVICH
DMITRY Y. GUROVICH
Counsel for Defendant
Rouslan Akhmerov

**ORDER**

IT IS SO ORDERED.

Dated: February 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge