1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL D. ANDERSON
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9               IN THE UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-00083
12
                       Plaintiff,      STIPULATION REGARDING CONTINUANCE OF
13                                      SENTENCING; [PROPOSED] ORDER

             v.
14                                      DATE: March 17, 2017
                                        TIME: 9:00 a.m.
ROUSLAN AKHMEROV,                       COURT: Hon. Garland E. Burrell, Jr.
15
                       Defendant.
16

17
                         **STIPULATION**
18
        Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19
through defendant's counsel of record, hereby stipulate as follows:
20
        1.      By previous order, this matter was set for sentencing on March 17, 2017.
21
        2.      By this stipulation, the parties now move to continue sentencing until November 3, 2017.
22
        3.      The parties agree and stipulate that this continuance will provide both parties additional
23
time to prepare for sentencing.
24
        IT IS SO STIPULATED.
25

26

27

28

   STIPULATION AND [PROPOSED] ORDER REGARDING          1
   CONTINUANCE

Dated:  February 1, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated:  February 1, 2016

/s/ DMITRY Y. GUROVICH
DMITRY Y. GUROVICH
Counsel for Defendant
Rouslan Akhmerov

**ORDER**

IT IS SO ORDERED.

Dated:  February 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING
CONTINUANCE

2