PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROUSLAN AKHMEROV,<br><br>Defendant. | CASE NO. 2:14-CR-00083 GEB<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: November 3, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 3, 2017.

2. By this stipulation, the parties now move to continue sentencing until November 2, 2018.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.


Dated: October 27, 2017                      PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ MATTHEW M. YELOVICH

STIPULATION AND [PROPOSED] ORDER REGARDING
CONTINUANCE

1

MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: October 27, 2017

/s/ DMITRY Y. GUROVICH
DMITRY Y. GUROVICH
Counsel for Defendant
Rouslan Akhmerov

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: October 31, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge