MCGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | DATE: November 2, 2018 |
| ROUSLAN AKHMEROV, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 2, 2018.

2. By this stipulation, the parties now move to continue sentencing until March 29, 2019.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: October 18, 2018   MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: October 18, 2018   /s/ DMITRY Y. GUROVICH
DMITRY Y. GUROVICH
Counsel for Defendant
Rouslan Akhmerov

**ORDER**

IT IS SO ORDERED.

Dated: October 31, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge