MCGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 GEB |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| RUSLAN KIRILYUK, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's <u>ex parte</u> motion and proposed order allowing the government to produce certain documents to the defendant shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government unless and until this Court grants the government's <u>ex parte</u> motion and proposed order, in which case the order (but not the <u>ex parte</u> motion) shall be accessible to both the government and counsel for the defendant.

The Court has considered the factors set forth in <u>Oregonian Publ'g Co. v. United States Dist. Court</u>, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the government's Request to Seal, sealing is appropriate here for two reasons: first, the public does not have a presumptive right of access to the subject matter of the government's <u>ex parte</u> motion, and, second, even if the public had a presumptive right of access to this subject matter, sealing the moving

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

1

papers serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  Finally, the Court further finds that there are no additional alternatives to sealing the government's <u>ex parte</u> motion and proposed order that would adequately protect the compelling interests identified by the government.

Dated:  January 23, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge