| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>MATTHEW M. YELOVICH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 GEB |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | DATE: March 29, 2019<br>TIME: 9:00 a.m. |
| ROUSLAN AKHMEROV, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 29, 2019.

2. By this stipulation, the parties now move to continue sentencing until August 16, 2019.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: March 19, 2019           MCGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys

Dated: March 19, 2019           /s/ DMITRY Y. GUROVICH
DMITRY Y. GUROVICH
Counsel for Defendant
Rouslan Akhmerov

## ORDER

IT IS SO ORDERED.

Dated: March 22, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge