| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>MATTHEW M. YELOVICH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROUSLAN AKHMEROV,<br><br>Defendant. | CASE NO. 2:14-CR-00083 GEB<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER<br><br>DATE: August 16, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 16, 2019.

2. By this stipulation, the parties now move to continue sentencing until December 13, 2019.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: August 9, 2019　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ MATTHEW M. YELOVICH
　　　　　　　　　　　　　　　　　　　　MICHAEL D. ANDERSON
　　　　　　　　　　　　　　　　　　　　MATTHEW M. YELOVICH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys


Dated: August 9, 2019　　　　　　　　　　/s/ DMITRY Y. GUROVICH
　　　　　　　　　　　　　　　　　　　　DMITRY Y. GUROVICH
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Rouslan Akhmerov


## ORDER

IT IS SO ORDERED.

Dated: August 14, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge