UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-0083-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| RUSLAN KIRILYUK, | |
| Defendant. | |

On November 26, 2019, Defendant Ruslan Kirilyuk filed a motion to strike his objection to the Presentence Report and the exhibits attached to the objection, which were filed in this case on November 22, 2019 as ECF number 381. Defendant states in his motion that he "inadvertently filed" his objection "directly onto the Court docket." Therefore, the objection and exhibits thereto shall be retracted from the docket. Cf. CBS, Inc. v. United States Dist. Court for the Cent. Dist. of Cal., 765 F.2d 823, 825-26 (9th Cir. 1985) (ordering "improvidently filed" document "retracted . . . from the [docket]").

Dated: November 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge