McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROUSLAN AKHMEROV,<br><br>Defendant. | CASE NO. 2:14-CR-0083 JAM<br><br>STIPULATION REGARDING SENTENCING STATUS CONFERENCE<br><br>DATE: May 15, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status regarding sentencing on May 15, 2020.

2. By this stipulation, defendant now moves to continue the sentencing status conference until February 23, 2021 at 9:30 a.m. The United States does not object to continuing the matter until

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING SENTENCING                    1

February 23, 2021 for a further status conference regarding sentencing.

    IT IS SO STIPULATED.

Dated:  November 25, 2020        McGREGOR W. SCOTT
                                                         United States Attorney

                                                         /s/ HEIKO P. COPPOLA
                                                         HEIKO P. COPPOLA
                                                         Assistant United States Attorney

Dated:  November 25, 2020        /s/ DMITRY GUROVICH
                                                         DMITRY GUROVICH
                                                         Counsel for Defendant
                                                         ROUSLAN AKHMEROV

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of November, 2020.

                                                         /s/ John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
                                                         UNITED STATES DISTRICT COURT JUDGE