1  DMITRY Y. GUROVICH, SBN 181427
   GUROVICH, BERK & ASSOCIATES, APC
2  15250 Ventura Blvd., Suite 1220
   Sherman Oaks, CA 91403
3  Telephone: (818) 205-1555
   Facsimile: (818) 205-1559
4  Email: gba_law@yahoo.com

5  Attorneys for Defendant
   Rouslan Akhmerov

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CASE NO.  14-CR-00083 KJM

11                        Plaintiff,    AMENDED STIPULATION REGARDING
                                        CONTINUANCE OF SENTENCING; FINDINGS
12            v.                        AND ORDER

13  ROUSLAN AKHMEROV,                   DATE: July 20, 2021
                                        TIME: 9:30 a.m.
14                        Defendant.    COURT: Hon. John A. Mendez

15

16                            **STIPULATION**

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18  through Defendant's counsel of record, hereby stipulate as follows:

19        1.      By previous order, this matter was set for Sentencing on July 20, 2021.

20        2.      The PSR is not yet ready.  According to the Probation Office, the PSR should be ready in

21  approximately one month.  Both sides would need time thereafter for comment.

22        3.      By this stipulation, Defendant now moves to continue the Sentencing to September 28,

23  2021, at 9:30 am.

24        4.      The parties agree and stipulate, and request that the Court find the following:

25                a)      The PSR is not yet ready.

26                b)      The Parties continue to investigate issues that may affect sentencing in this

27  matter.

28                c)      Counsel for defendant believes that failure to grant the above-requested

    STIPULATION REGARDING CONTINUANCE OF              1
    SENTENCING

1    continuance would deny him the reasonable time necessary for effective preparation for

2    sentencing, taking into account the exercise of due diligence.

3            d)       The Government does not object to the continuance.

4

5        IT IS SO STIPULATED.

6

7

8    Dated:  July 19, 2021                          BENJAMIN B. WAGNER
                                                     United States Attorney

9

10                                                   /s/ MICHAEL D. ANDERSEN
                                                     MICHAEL D. ANDERSEN
11                                                   Assistant United States Attorney

12

13   Dated:  July 19, 2021                          /s/ DMITRY Y. GUROVICH
                                                     DMITRY Y. GUROVICH
14                                                   Counsel for Defendant
                                                     Rouslan Akhmerov

15

16

17                              **FINDINGS AND ORDER**

18       IT IS SO FOUND AND ORDERED this 19th day of July, 2021.

19

20                                                   /s/ John A. Mendez

21                                                   THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

STIPULATION REGARDING CONTINUANCE OF              2
SENTENCING