DMITRY Y. GUROVICH, SBN 181427
GUROVICH, BERK & ASSOCIATES, APC
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
Telephone: (818) 205-1555
Facsimile: (818) 205-1559
Email: gba_law@yahoo.com

Attorneys for Defendant
Rouslan Akhmerov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROUSLAN AKHMEROV,<br><br>　　　　　　　　Defendant. | CASE NO.  14-CR-00083 KJM<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER<br><br>DATE: November 2, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for Sentencing on November 2, 2021.

　　2.　　Defense counsel has taken ill and is not able to represent Defendant at Sentencing on the date and time currently set.

　　3.　　By this stipulation, Defendant now moves to continue the Sentencing to December 14, 2021, at 9:30 am.

　　4.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　Defense counsel is ill and is still not able to represent Defendant on November 2, 2021.

　　　　b)　　Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation for

sentencing, taking into account the exercise of due diligence.

        c)        The Government does not object to the continuance to December 14, 2021.

IT IS SO STIPULATED.

Dated:  October 26, 2021
        PHILIP A. TALBERT
        United States Attorney

        /s/ MICHAEL D. ANDERSEN
        MICHAEL D. ANDERSEN
        Assistant United States Attorney

Dated:  October 26, 2021
        /s/ DMITRY Y. GUROVICH
        DMITRY Y. GUROVICH
        Counsel for Defendant
        Rouslan Akhmerov

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 26th day of October, 2021.

        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE