DMITRY Y. GUROVICH, SBN 181427
GUROVICH, BERK & ASSOCIATES, APC
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
Telephone: (818) 205-1555
Facsimile: (818) 205-1559
Email: gba_law@yahoo.com

Attorneys for Defendant
Rouslan Akhmerov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROUSLAN AKHMEROV,<br><br>Defendant. | CASE NO.  14-CR-00083<br><br>NOTICE OF REQUEST AND REQUEST TO SEAL DEFENDANT'S SENTENCING BRIEF; ORDER<br><br>COURT: Hon. John A. Mendez |

**TO THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE THAT** Defendant hereby requests that the Court allow him to file his Sentencing Brief under seal.

This motion is based on the Memorandum of Points and Authorities, all papers filed herein and records in this action.

Dated:  January 11, 2022          /s/ DMITRY Y. GUROVICH
                                  DMITRY Y. GUROVICH
                                  Counsel for Defendant
                                  Rouslan Akhmerov

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Rule 141 (Fed. R. Civ. P. 5.2, 26) (Fed. R. Crim. P. 49, 49.1), the Court has authority to allow a party to file documents under seal.

Defendant's Sentencing Brief contains a discussion of certain topics and information that are highly sensitive in nature and are not appropriate for a public filing. Therefore, Defendant seeks an order allowing him to file his Sentencing Brief under seal.

**Conclusion:**

Based on the foregoing, Defendant respectfully requests that the Court allow the filing of Defendant's Sentencing Brief under seal.

Dated:  January 11, 2022          /s/ DMITRY Y. GUROVICH
                                  DMITRY Y. GUROVICH
                                  Counsel for Defendant
                                  Rouslan Akhmerov

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of January, 2022

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

NOTICE OF REQUEST AND REQUEST TO
SEAL DEFENDANT'S SENTENCING BRIEF

2