IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROUSLAN AKHMEROV,<br><br>　　　　　　　Defendant. | CASE NO. 2:14-CR-00083-DJC<br><br>ORDER AUTHORIZING APPLICATION OF CASH BOND DEPOSIT TO CRIMINAL DEBT |

　　The Court, having reviewed the court's files and the Motion for Order Authorizing Application of Cash Bond Deposit to Criminal Debt, and good cause appearing therefrom, hereby GRANTS the Motion.

　　Accordingly, IT IS ORDERED that the Clerk of the Court shall apply the bond monies totaling $10,000 posted by Defendant to Defendant's criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

　　IT IS FURTHER ORDERED that the Clerk of the Court shall apply the accrued interest to Defendant's criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment if the clerk receives IRS form W-9 signed by Defendant.

　　IT IS SO ORDERED.

Dated:  April 24, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE